**No. R67/70.**—The Tupman Thurlow Co., Inc., et al. *v.* United States, reappraisements R61/12512, etc. (San Francisco).

In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *International Packers, Limited* v. *United States* (52 Cust. Ct. 518, Reap. Dec. 10724), the court found and held that constructed value, as defined in section 402(d), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, is the proper basis for determining value of the canned meat exported from Argentina during the period January 1, 1959, through December 31, 1959, and that such values per dozen tins, net packed, are the respective values shown as plaintiffs' claimed values on schedule "B," for the respective products and sizes of container described on the invoices, and as stated in the entries and recited in said schedule "B," during those periods which correspond to the time of exportation of the canned meat covered by these appeals for reappraisement, said schedule "B," being attached to and made a part of the decision.

BEFORE JUDGE FORD, MAY 10, 1967

**No. R67/71.**—Kurt Orban Company, Inc. *v.* United States, reappraisement R59/14087 (Jacksonville).

In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Kurt Orban Company, Inc.* v. *United States* (52 CCPA 20, C.A.D. 851), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis of value for the galvanized wire and round steel wire in issue and that said value is the appraised value, less inland freight and f.o.b. charges of $11 per metric ton.